# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RYK MOSLEY,

                          Plaintiff,

          v.

PICKENS, *et al.*,

                          Defendants.

3:23-cv-00434-ART-CSD

**ORDER RE: CHANGE OF ADDRESS**

 

The court has received information via undeliverable notices (ECF Nos. 24, 25 and 26) that Plaintiff may now be housed at High Desert State Prison. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court within **twenty (20) days** from the date of this order.

DATED:  September 11, 2024.



_____
Craig S. Denney
United States Magistrate Judge

1