# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RYK MOSLEY,

    Plaintiff

v.

PICKENS, et al.,,

    Defendants

Case No.: 3:23-cv-00434-ART-CSD

**Order**

Re: ECF No. 47

Defendants filed a motion for summary judgment on November 12, 2025. (ECF No. 47.) Plaintiff did not timely file a response to the motion. Plaintiff has until **December 29, 2025,** to file a response. If he fails to do so, the court will proceed with issuing a report and recommendation on Defendants' motion.

**IT IS SO ORDERED**.

Dated: December 10, 2025

_____
Craig S. Denney
United States Magistrate Judge